UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:11-CR-159-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| JENNIFER DENISE CAMPBELL | |

On motion of the Defendant, Jennifer Denise Campbell, and for good cause shown, it is hereby ORDERED that the [DE 21] be sealed until further notice by this Court.

IT IS SO ORDER.

This __8__ day of October, 2014.

JAMES C. DEVER, III
Chief United States District Judge